Persons S. Barnard, Appellant, v. Mary A. Brown and Another, Respondents.— Judgment appealed from affirmed, with costs.

E. A. Childs, as Receiver, etc., of Kirke B. Crane, Respondent, v. Kirke B. Crane and Others, Appellants.— Order appealed from affirmed, with ten dollars costs and disbursements.

Sylphina Lillie, Appellant, v. John Kepple, Respondent.— Judgment appealed from affirmed, Charles Curran, Respondent, v. Lewis Galen, as President, etc., and Others, Appellants.— Interlocutory judgment appealed from affirmed, with costs, with leave to amend answer within twenty days, upon payment of the costs of this appeal and of the demurrer, on the opinion of Adams, J., at the Special Term.

Robert Y. Bowden, Respondent, v. Lewis Galen, as President, etc., and Others, Appellants.— Interlocutory judgment appealed from affirmed, with costs, with leave to amend answer within twenty days upon the payment of the costs of this appeal and of the demurrer.

Floyd C. Shepard and Others, Respondents, v. Watson C. Squire and Another, Appellants.— Order denying motion to change place of trial appealed from reversed, with disbursements to the appellants.

First National Bank of Bath, Respondent, v. Sidney B. Roby, Appellant.— Order appealed from affirmed, with ten dollars costs and disbursements.

Thomas P. McCormick, Respondent, v. John McCormick, Jr., Appellant.— Order denying defendant's motion for new trial appealed from affirmed, with costs, and judgment ordered for the plaintiff on the verdict.

City Dime Savings and Loan Association, Respondent, v. William A. Lobdell and George F. Mings, Impleaded, etc., Appellants.— Order so modified as to vacate the judgment for deficiency, and direct a resale of the premises upon the condition that the defendants, Lobdell and Mings, within ten days after the service of this order, with notice of entry thereof upon their attorney, file security with the clerk of Erie county, for the payment of the costs and disbursements in the action and the fees and disbursements of the referee who made the sale of April 20, 1893, to an amount not exceeding the deficiency, if there be one upon the resale, and that such security be a bond or undertaking executed by the defendants and by a surety to be approved by a judge of this court, and as so modified af-

firmed, without costs of this appeal to either party. Lewis, J., not sitting.

Same v. Same.— Order so modified as to vacate the judgment for deficiency, and direct a resale of the premises upon the condition that the defendants, Lobdell and Mings, within ten days after the service of this order, with notice of entry thereof upon their attorney, file security with the clerk of Erie county, for the payment of the costs and disbursements in the action, and the fees and disbursements of the referee who made the sale of April 20, 1893, to an amount not exceeding the deficiency, if there be one upon the resale, and that such security be a bond or undertaking executed by the defendants and by a surety;to be approved by a judge of this court, and as so modified affirmed, without costs of this appeal to either party. Lewis, J., not sitting.

### Motions.

Thomas O. French, Respondent, v. The Western New York and Pennsylvania Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied.

City Dime Savings and Loan Association, Respondent, v. William A. Lobdell and Others, Appellants.— Appeal dismissed unless printed papers are served on or before the second Tuesday of the term.

Same v. Same.— Appeal dismissed unless printed papers are served on or before the second Tuesday of the term.

Ruth A. Brink v. Hiram Armstrong.— Motion to strike case from the calendar and for affirmance, granted on default.

Daniel E. Bartlett, Respondent, v. Thomas H. Dowd, as Administrator, etc., Appellant.— Motion to strike case from the calendar granted.

Owen Torrey, Respondent, v. David Torrey, Appellant.— Motion to strike case from the calendar and for affirmance, granted on default, with costs.

Otis N. Carr, Respondent, v. Charles D. Carr, Appellant.— Motion to dismiss appeal, on the ground of the non-service of papers granted, without costs to either party.

Asa W. Russell, Receiver, etc., Respondent, etc., v. George H. Miller, Impleaded, etc., Appellant.— Motion to strike case from the calendar and for affirmance, granted on default, with costs, and with ten dollars costs of this motion.

---

## First Department, April Term, 1894.

George B. Clarke, Appellant, v. Alice A. Schell, Respondent.— Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. Michael Scudi, Appellant, v. William Dalton and Others, Commissioners, etc., Respondents.— Writ dismissed, with costs.

Michael O'Brien, Appellant, v. Robert J. Smith, Respondent.— Judgment affirmed, with costs. Opinion Per Curiam, not published by order of the court.

Edward S. Stokes, Respondent, v. William E. D. Stokes, Appellant.—Order affirmed, with ten dollars costs and disbursements.

In the Matter of Charles L. Randall, Committee, etc.— Order reversed, with ten dollars costs and disbursements against the respondent personally, and a reference ordered to ascertain the amount of the attorney's claim; the referee to be appointed upon the entry of the order herein.

Frederick R. Coudert and Another v. Blanche H. de Logerot and Others.— Order affirmed,

with ten dollars costs and disbursements on opinion of court below.

Charles B. Merwin, Respondent, v. John H. Newton, Appellant. —Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Manhattan Railway Company v. Sarah E. Youmans.— Order affirmed, with ten dollars costs and disbursements.

John T. M. Brewster, Respondent, v. William Barlow and Another, Appellants.— Order reversed, with ten dollars costs and printing disbursements, unless, within thirty days, the plaintiff obtain an order of the court amending the original summons so as to conform to copy served, and to pay to defendants costs of this appeal and of such motion; in which event the order appealed from is affirmed, without costs.

Frederick W. Kalbfleisch, Appellant, v. Malvern Hill Marl and Phosphate Company, Respondent.— Judgment affirmed, with costs. M. m. not published by order of the court.

Frank A. Connolly, Respondent, v. American